# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America ) | |
| ) | Case No.: 22 CR 135 |
| v. ) | |
| ) | Judge Martha M. Pacold |
| John Cegielski ) | |

## ORDER

Change of plea hearing held on 10/3/2024. Defendant enters a plea of guilty to Count One of the indictment. The Court finds the defendant is competent to plead, the plea is voluntary, and there is a factual basis for the plea. Enter judgment of guilty on Count One. Enter Plea Agreement. Cause referred to the Probation Dept. for a presentence investigation. The Presentence Report (PSR) is due 12/18/2024. Objections to the PSR are due 1/8/2025. Any responses to objections are due 1/15/2025. Pursuant to Local Rule 32.1(f), the court is directing disclosure of the Probation Office's recommendation to counsel for the defendant and the government simultaneously with the disclosure of the PSR. Sentencing set for 1/22/2025 at 10:00 a.m. Government's oral motion to exclude time through 1/22/2025 is granted. The court excludes time through 1/22/2025 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice, without objection. Excluding time will allow the parties the reasonable time necessary for effective preparation, which includes time for continuity of counsel, time for defense counsel to consult with the client, time for the government to consult internally, time to review discovery materials, and time to consider and prepare pretrial filings. Such delay outweighs the interests of the public and the defendant in a speedy trial.

(T: 1:00)

Dated: October 3, 2024    s/ Judge Martha M. Pacold